# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ALBARO COLQUE, et al.**, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 16-cv-641 (TSC) |
| | ) |
| **WHITING-TURNER CONTRACTING CO., et al.**, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In light of the Stipulation of Dismissal filed by the parties (ECF No. 17), this action is hereby dismissed with PREJUDICE as to Defendants The Whiting-Turner Contracting Company and Commercial Interiors, Incorporated. This action is hereby dismissed WITHOUT PREJUDICE as to Defendant AJ&G Construction, LLC.

Date: October 6, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge